UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANNY AMEN VALENTINE SHABAZZ,

                        Plaintiff,

-against-

LUCIANNE GRAINGE, et al.,

                        Defendants.

1:24-CV-5806 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 15, 2024, and entered on October 17, 2024, and by judgment dated and entered on October 17, 2024, the Court dismissed this *pro se* action without prejudice due to Plaintiff's failure to comply with a previous order to either pay the $405 in fees to bring this action or submit a completed request to proceed *in forma pauperis* ("IFP"). On April 5, 2025 – more than five months after the Court dismissed this action – Plaintiff filed the present motion "to seal the proceedings in the above-referenced case." (ECF 5, at 1.) Plaintiff claims that he did not file this action, and that he brings this motion "to protect sensitive information." (*Id.*)

      This action was filed on July 25, 2024, and entered on August 1, 2024 – more than eight months before Plaintiff filed his motion to seal on April 5, 2025 – and has been a matter of public record since it was entered. Thus, any of Plaintiff's concerns arising from the filing of this action, or from the information contained in any of the court filings in this action, have no legal relevance now that this action and its court filings have been available for public scrutiny *for months*. Accordingly, the Court denies Plaintiff's motion.

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 8, 2025
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge